```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:25-MJ-70043-MAG |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| ERNEST PRIETO, | |
| Defendant. | |

On January 16, 2025, defendant Ernest Prieto appeared before the Court for an initial appearance following his arrest for an alleged violation of the terms of his supervised release.

This matter came before the Court on January 21, 2025, for a detention hearing. The defendant was present and represented by AFD Samantha Jaffe. AUSA Christiaan Highsmith appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant must be detained and transferred by the U.S. Marshal's Service to the Western District of Texas for an initial appearance on the supervised release violation petition issued in that district in Case No. 23-cr-01131(1)-AM. Federal Rule of Criminal Procedure 32.1

1 authorizes the detention or release of a person under 18 U.S.C. § 3143(a), pending further proceedings. The rule establishes a presumption in favor of detention, rebuttable only upon a showing of clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community. Fed. R. Crim. P. 32.1(a)(6). The burden of proof is on the defendant. *Id.* Here, the defendant has not by clear and convincing evidence rebutted the presumption in favor of detention.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons. Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: The defendant was arrested on or about January 9, 2025, in San Francisco, in connection with allegations that he possessed a loaded firearm. Further, at that time, the defendant had been on abscond status from federal supervised release for several months. The U.S. Probation Office noted that the defendant did not have a verified address. Further, the defendant was alleged to have violated several conditions of his supervised release. This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:   1/23/2025

_____
HONORABLE PETER H. KANG
United States Magistrate Judge